AP-77,021
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/10/2015 12:26:50 PM
Accepted 3/10/2015 1:29:12 PM
ABEL ACOSTA
CLERK



SUSAN HAWK
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

March 9, 2015

FILED IN
COURT OF CRIMINAL APPEALS

March 11, 2015

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

ABEL ACOSTA, CLERK

RE: Naim Muhammad v. State (AP-77,021)

Dear Mr. Acosta,

I received your letter regarding oral argument in *Muhammad v. State*. I wish to present argument on Issues 35-37 and Issue 40, the issues defense counsel has requested permission to argue.

Sincerely,

Jaclyn O'Connor Lambert
SBN 24049262
Assistant District Attorney
Dallas County, Texas

Frank Crowley Courts Building, 133 North Riverfront Boulevard, LB-19 Dallas, Texas 75207-4399  (214) 653-3600